# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FRANK MARTINES LAWRENCE  **PLAINTIFF**
#07934-20

v.  Case No. 4:21-cv-00091-LPR-JJV

McEWEN, *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFR) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time to do so has expired. After a careful review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's claims against Defendant McEwen are DISMISSED without prejudice.

2. Defendant McEwen is DISMISSED as a party to this lawsuit.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation would not be taken in good faith.

DATED this 28th day of June, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE