IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK MARTINES LAWRENCE**                                                                 **PLAINTIFF**
**#07934-20**

v.                                          4:21-cv-00091-LPR-JJV

**McEWEN,** *et al*.                                                                             **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Joe J. Volpe. Mr. Lawrence has not filed an Objection, and the time for doing so has expired. After carefully considering the Recommendation and making *a de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Cobb's Motion to Dismiss (Doc. No. 17) is GRANTED, and the Complaint (Doc. No. 2) is DISMISSED without prejudice due to a lack of prosecution. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April, 2022.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE