IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK MARTINES LAWRENCE**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#07934-20**

v.　　　　　　　　　　　　　4:21-cv-00091-LPR-JJV

**McEWEN,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this day, the Complaint is DISMISSED without prejudice, and this case is CLOSED. All relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 1st day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE